UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

       v.                          Criminal No. 09-cr-182-01-SM

<u>Peng Da Lin</u>

<u>USA</u>

       v.                          Criminal No. 09-cr-183-01-JD

<u>Guo Qiao Lin</u>

<u>O R D E R</u>

On January 7, 2010, the Government filed as Assented to Motion to Continue Trial to April 6, 2010 and a Motion for reassignment to the same judge in each of the above cases, as well as in Criminal No. 09-cr-181-01-JL. The Court herewith grants the Motion, Doc. 17 in 09-cr-182-01-SM and the Motion, Doc. 16 in 09-cr-183-01-JD in its totality and orders that these two cases be continued as requested and that they both be reassigned to me.

As to the case of Peng Da Lin, the Final Pretrial conference is rescheduled to March 25, 2010 at 3:15 p.m.; Trial is continued to the two-week period beginning April 6, 2010, 9:30 a.m.

As to the case of Guo Qiao Lin, the Final Pretrial conference is rescheduled to March 25, 2010, at 3:30 p.m.; Trial is continued to the two-week period beginning April 6, 2010, 9:30 a.m.

Each defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motions.

SO ORDERED.

January 19, 2010

_____
Joseph N. Laplante
United States District Judge

cc:  Mark Howard, Esq.
     Mark Zuckerman, Esq.
     U. S. Marshal
     U. S. Probation